IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMIRO LUNA ET. AL,

Defendant.

CASE NO. 1:26-CR-00144-KES-EPG

ORDER FOR DISMISSAL OF INDICTMENT

[Fed. R. Crim. P. 48(a)]

**ORDER**

The court hereby orders the indictment in case number 1:26-cr-00144-KES-EPG, filed on August 20, 2026, DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: October 23, 2026

UNITED STATES DISTRICT JUDGE